Re: Ex Parte

Phillip Wayne Kersh

Cause No. 10-11-11960-CR (1)

WR-18,932-05

8,932-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

December 10, 2015

Dear Clerk,

    I wrote you on or about Nov. 23, 2015 inquiring as to the status of my writ and as to whether there was any indication or approximation of when the writ may be heard by this court. As of the above date I have received no response. To the best of my knowledge this writ has been pending a ruling by this court since Sept. 15, 2014. Has there been any change in that status or is there any indication that there will be in the mean future.

    Thank you for your time and consideration in this matter.

Respectfully,

Phillip Wayne Kersh

TDC# 1714944

810 Fm 2821

Huntsville, Texas

77349